**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

J.J.Z.D.,                                  :
                                           :
            Petitioner,                    :
                                           :
v.                                         :        Case No. 4:26-cv-578-CDL-ALS
                                           :
Warden, STEWART DETENTION                  :
CENTER, *et al.*,                          :
                                           :
            Respondents.                   :
_____

**ORDER**

On April 9, 2026, the Court received Petitioner's *pro se* application for habeas corpus relief under 28 U.S.C. § 2241 and motion for leave to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1, 2). Having reviewed the motion to proceed IFP, the Court **GRANTS** Petitioner's motion to proceed IFP. (ECF No. 2). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 10th day of April, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE